Certificate Number: 05781-FLM-DE-041286432

Bankruptcy Case Number: 26-01619



05781-FLM-DE-041286432

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 3, 2026, at 4:59 o'clock PM PDT, Yoelvis Hernandez completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:  August 4, 2026

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President